

**FILED**

06/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539



JUN 0 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0539

| | |
|---|---|
| ESTATE OF WILLIAM H. BALTRUSCH, | ) |
| | ) |
| Plaintiff/Appellee, | ) Cause No.: DV-19-160 |
| | ) DV-19-172 |
| vs. | ) |
| | ) |
| LASALLE RANCH, INC., | ) |
| | ) |
| Respondent/Appellant. | ) |

| | |
|---|---|
| LASALLE RANCH, INC., | ) |
| | ) |
| Petitioner/Appellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| HILL COUNTY JUSTICE COURT, | ) |
| AUDREY BARGER, PRESIDING JUDGE, | ) |
| | ) |
| Respondent/Appellee | ) |

## ORDER EXTENDING DEADLINE FOR FILING OPENING BRIEF

UPON review of the foregoing Motion and for good cause appearing therefrom;

IT IS HEREBY ORDERED:

1. That the parties shall have up to and including July 9, 2021 within which to file

the Appellant's Opening Brief.

DATED ___7___ day of June, 2021

_____
SUPREME COURT OF MONTANA

cc:  Nathan J. Hoines – Counsel for Respondent/Appellant
       Jennifer Forsyth/Kaden Keto – Counsel for Plaintiff/Appellee
       Audrey Barger, Justice of the Peace